# In the United States Court of Federal Claims

| | |
|---|---|
| UNITED LAUNCH SERVICES, LLC, et al., ) | |
| ) | |
| Plaintiff, ) | No. 12-380C |
| ) | (Filed: February 5, 2020) |
| v. ) | nunc pro tunc December 19, 2019 |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Clerk is directed to reassign this case to Judge Mary Ellen Coster Williams for the conduct of ADR proceedings nunc pro tunc as of December 19, 2019.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge